1  BENJAMIN B. WAGNER
   United States Attorney
2  GRACE M. KIM
   Regional Chief Counsel, Region IX
3  Social Security Administration
   CYNTHIA B. De NARDI – CSBN 256770
4  Special Assistant United States Attorney
5        160 Spear Street, Suite 800
         San Francisco, California 94105
6        Telephone: (415) 977-8961
         Facsimile: (415) 744-0134
7        E-Mail: Cynthia.DeNardi@ssa.gov
8
   Attorneys for Defendant
9
                    UNITED STATES DISTRICT COURT
10
                    EASTERN DISTRICT OF CALIFORNIA
11
                           FRESNO DIVISION
12

13 | GWENDOLYN MARIE GRAYSON,           ) Case No.: 2:12-cv-02825-CKD
                                         )
14 |         Plaintiff,                  ) STIPULATION AND ~~PROPOSED~~ ORDER
                                         ) FOR AN EXTENSION OF TIME
15 |    vs.                              )
                                         )
16 | CAROLYN W. COLVIN, Acting           )
                                         )
17 | Commissioner of Social Security,    )
                                         )
18 |         Defendant.                  )
                                         )
19 |                                     )

20

21     IT IS HEREBY STIPULATED, by and between the parties, through their respective

22 counsel of record, that the time for responding to Plaintiff's Motion for Summary Judgment be

23 extended from May 22, 2013, to June 21, 2013.  This is Defendant's first request for an

24 extension of time to respond to Plaintiff's motion.  Defendant respectfully requests this

25 additional time because the matter was recently reassigned to new counsel.

26     The parties further stipulate that the Court's Scheduling Order shall be modified

27 accordingly.

28

1 | Counsel apologizes to the Court for any inconvenience caused by this delay.

Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING

Dated:  May 21, 2013        /s/  Cyrus Safa
                            (As authorized via email on May 21, 2013)
                            CYRUS SAFA
                            Attorneys for Plaintiff

Dated:  May 21, 2011        BENJAMIN B. WAGNER
                            United States Attorney
                            GRACE M. KIM
                            Regional Chief Counsel, Region IX
                            Social Security Administration

                     By:    /s/  Cynthia B. De Nardi
                            CYNTHIA B. De NARDI
                            Special Assistant U.S. Attorney

                            Attorneys for Defendant

*of counsel to Defendant*

KEVIN G. GILL
Assistant Regional Counsel
Social Security Administration

ORDER

APPROVED AND SO ORDERED:

Dated:  May 23, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE