1 | BENJAMIN B. WAGNER
United States Attorney
2 | GRACE M. KIM
Regional Chief Counsel, Region IX
3 | Social Security Administration
CYNTHIA B. De NARDI – CSBN 256770
4 | Special Assistant United States Attorney
5 |         160 Spear Street, Suite 800
        San Francisco, California 94105
6 |         Telephone: (415) 977-8961
        Facsimile: (415) 744-0134
7 |         E-Mail: Cynthia.DeNardi@ssa.gov
8 |
Attorneys for Defendant
9 |
                    **UNITED STATES DISTRICT COURT**
10 |
                    **EASTERN DISTRICT OF CALIFORNIA**
11 |
                              **FRESNO DIVISION**
12 |

13 | GWENDOLYN MARIE GRAYSON,            ) Case No.: 2:12-cv-02825-CKD
                                        )
14 |         Plaintiff,                  ) STIPULATION AND ~~PROPOSED~~ ORDER
                                        ) FOR AN EXTENSION OF TIME
15 |    vs.                              )
                                        )
16 | CAROLYN W. COLVIN, Acting           )
                                        )
17 | Commissioner of Social Security,    )
                                        )
18 |         Defendant.                  )
                                        )
19 | _____)

20 |

21 |     IT IS HEREBY STIPULATED, by and between the parties, through their respective

22 | counsel of record, that the time for responding to Plaintiff's Motion for Summary Judgment be

23 | extended from May 22, 2013, to June 21, 2013.  This is Defendant's first request for an

24 | extension of time to respond to Plaintiff's motion.  Defendant respectfully requests this

25 | additional time because the matter was recently reassigned to new counsel.

26 |     The parties further stipulate that the Court's Scheduling Order shall be modified

27 | accordingly.

28 |

Stip. & Prop. Order for Ext.; 2:12-cv-02825-CKD            1

1 | Counsel apologizes to the Court for any inconvenience caused by this delay.

Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING

Dated: May 21, 2013

*/s/ Cyrus Safa*
(As authorized via email on May 21, 2013)
CYRUS SAFA
Attorneys for Plaintiff

Dated: May 21, 2011

BENJAMIN B. WAGNER
United States Attorney
GRACE M. KIM
Regional Chief Counsel, Region IX
Social Security Administration

By: /s/ Cynthia B. De Nardi
CYNTHIA B. De NARDI
Special Assistant U.S. Attorney

Attorneys for Defendant

*of counsel to Defendant*

KEVIN G. GILL
Assistant Regional Counsel
Social Security Administration

ORDER

APPROVED AND SO ORDERED:

Dated: May 23, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE